NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLONA A. RAMSEY,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2015-3192

---

Petition for review of the Merit Systems Protection Board in No. DC-0432-14-0918-I-2.

---

**JUDGMENT**

---

ERIN LAWRENCE, Frommer Lawrence & Haug LLP, New York, NY, argued for petitioner.

STEPHEN FUNG, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 12, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court